UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

SOUTHERN WESLEYAN UNIVERSITY,

        Defendant.

----------------------------------------x

No.: 1:23-cv-5911

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SOUTHERN WESLEYAN UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       November 14, 2023

                                         **GOTTLIEB & ASSOCIATES**

                                         _/s/Michael A. LaBollita, Esq._

                              Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                             New York, NY 10003
                                              Phone: (212) 228-9795
                                                 Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                              _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge